ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 4 2001

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRIAN M. KANESHIRO, )<br><br>Defendant. ) | CRIMINAL NO. CR 01-00456 HG<br><br>INFORMATION<br>[18 U.S.C. §§ 656, 982] |

## INFORMATION

1.    At all times pertinent to this Information, the Bank of Hawaii was a financial institution with deposits insured by the Federal Deposit Insurance Corporation whose primary business operations were centered in Honolulu, Hawaii, in the District of Hawaii.

2.    In 1995, the Defendant was hired by the Bank of Hawaii as a part-time teller working at the bank's main branch, located at 111 S. King Street in Honolulu, Hawaii. He was later

## COUNT 2

4.    As a result of committing the offense in violation of 18 U.S.C. § 656, alleged in Count 1 of this Information, Defendant, BRIAN M. KANESHIRO, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), all property, real or personal, constituting or derived from proceeds the Defendant obtained directly or indirectly as a result of such offense, including but not limited to the following:

> A sum of money equal to $714,713.18 in United States currency, which represents the amount of proceeds obtained as a result of the offense alleged in Count 1 of the Information.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third party;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 982 and 656.

DATED: _Nov. 14, 2001_ Honolulu, Hawaii.

ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Brian M. Kaneshiro
Cr.No. _____
"Information"

4